UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Criminal Case Transfers to
**District Judge Roy K. Altman**

UNITED STATES OF AMERICA
  Plaintiff

**CASE NO. 1:18-CR-20932**

v.

RUBEN DARIO ZUNIGA PENA,
WILSON JORDAN CARMONA, and
EDILBERTO PUENTE VASQUEZ

  Defendant

## ORDER OF REASSIGNMENT

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Roy K. Altman**. Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all ripe pending motions that have not been referred to the paired Magistrate Judge, and are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03 - 2.05.04 ). It is hereby

ORDERED that the above-styled actions are hereby REASSIGNED to the calendar of the **Honorable Roy K. Altman** as of _4-11-2019_ for all further proceedings. It is further

ORDERED that all pleadings hereafter filed shall bear the assigned case number followed by the initials RKA in lieu of the present initials.

DONE AND ORDERED in Chambers, at Miami, Florida, this 11th day of April, 2019.

**K. MICHAEL MOORE**
**CHIEF UNITED STATES DISTRICT JUDGE**

copies furnished to:
All counsel and parties of record