UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-cr-20932-RKA

UNITED STATES OF AMERICA,

v.

EDILBERTO PUENTE VASQUEZ,

Defendant.

_____

## DEFENDANT'S INVOCATION OF
## RIGHT TO SILENCE AND COUNSEL

The Defendant, EDILBERTO PUENTE VASQUEZ, hereby invokes his

rights to remain silent and to Counsel with respect to any and all questioning or

interrogation, regardless of the subject matter including, but not limited to, matters

that may bear on or relate to arrest, searches and seizures, bail, pretrial release or

detention, evidence at trial, guilt or innocence, forfeitures, or that may be relevant

to sentencing, enhanced punishments, factors applicable under the United States

Sentencing Guidelines, restitution, immigration status, or consequences resulting

from arrest or conviction, appeals, or other post-trial proceedings.

The Defendant requests that the U. S. Attorney ensure that this invocation of

rights is honored, by forwarding a copy of it to all law enforcement agents,

government officials, or employees associated with the investigation of any matters

Page **1** of **3**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
Suite 406, Continental Plaza, 3250 Mary Street, Coconut Grove, FL 33133
• Phone 305-444-0030 • Fax 305-444-0039 •
www.dmt-law.com

relating to the Defendant. Any contact with the Defendant must be made through the Defendant's undersigned attorney.

      **DATED:** March 14, 2021.

               Respectfully submitted,

               **Donet, McMillan & Trontz, P.A.**

              By: /s/ David A. Donet, Jr.
                 David A. Donet, Jr., Esq.
                 Attorney for Defendant

          [Certificate of Service on next page]

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
Suite 406, Continental Plaza, 3250 Mary Street, Coconut Grove, FL 33133
• Phone 305-444-0030 • Fax 305-444-0039 •
www.dmt-law.com

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on March 14, 2021, undersigned counsel electronically filed the foregoing Defendant's Invocation of Right to Silence and Counsel with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

**Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
David A. Donet, Jr., Esq.
Florida Bar No.: 129810
Attorney for Defendant
3250 Mary Street, Suite 406
Coconut Grove, Florida 33131
Telephone: (305) 444-0030
Fax: (305) 444-0039
Email: donet@dmt-law.com
Email: paralegals@dmt-law.com

Page **3** of **3**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
Suite 406, Continental Plaza, 3250 Mary Street, Coconut Grove, FL 33133
• Phone 305-444-0030 • Fax 305-444-0039 •
www.dmt-law.com
